ENTERED
CLERK, U.S. DISTRICT COURT
DEC 27 2006
CENTRAL DISTRICT OF CALIFORNIA
BY BG DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
DEC 26 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILDA INOSTROZA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　Defendants. | No. EDCV 05-00757 RGK (SS)<br><br>ORDER ACCEPTING AND ADOPTING<br>FINDINGS, CONCLUSIONS AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and other papers herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DOCKETED ON CM
DEC 27 2006
BY BG     010

18

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: DEC 2 1 2006

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2